PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

6204-14367
6204-18930

| United States District Court | District of Rhode Island | |
|---|---|---|
| Name James J. Silva | Prisoner No. 66350 | Case No. |

Place of Confinement I.S.C. H-225-Bottom
P.O. Box 8249
Cranston, RI 02920

Lower Court #s P204-3106A
P205-0362A

Name of Petitioner (include name under which convicted): James J. Silva

v.

Name of Respondent (authorized person having custody of petitioner): A.T. Wall, Director of Prisons, et al.

The Attorney General of the State of: Rhode Island Patrick Lynch, Stephen Regine.

CA 05 109 S

## PETITION

1. Name and location of court which entered the judgment of conviction under attack 6th Division District Court and Providence Superior Court.

2. Date of judgment of conviction 9-16-04 - 9-30-04 - 10-7-04 - 10-13-04 - 11-9-04

3. Length of No Sentence imposed - manifest necessity issue

4. Nature of offense involved (all counts) Violation of a No-Contact Order and Stalking. Also a 46-6+E bail Revocation procedure and Rule 42(b) Criminal Contempt.

5. What was your plea? (Check one)
   (a) Not guilty ☑
   (b) Guilty ☐
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☑

7. Did you testify at the trial?
   Yes ☑ No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☑ No ☐
   objected to Judge Moore withdrawing the violation



(1)

9. If you did appeal, answer the following:

(a) Name of court 6th Division District Court

(b) Result Motion to Dismiss is Pending in Prov- Superior Court

(c) Date of result and citation, if known Filed 24 page brief Dec.- 7th 04

(d) Grounds raised Manifest necessity; vindictive prosecution, double Jeopardy, vexatious litigation, Harrassment; Bad Faith prosecution.

(e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

(1) Name of court N

(2) Result O

N

(3) Date of result and citation, if known E

(4) Grounds raised

(f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

(1) Name of court N

(2) Result O

N

(3) Date of result and citation, if known E

(4) Grounds raised

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?

Yes ☑ No ☐

11. If your answer to 10 was "yes," give the following information: Parallel case

(a) (1) Name of court U.S. District Court / District of Rhode Island

(2) Nature of proceeding 2254 - Habeas Corpus

(3) Grounds raised Illegal arrest; unconstitutional Statute; Gerstein violations - Held without bail - unconstitutional.

Deprivation of a Substantial, Fundamental Right (an adversarial preliminary examination)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☑ NOT YET.

(5) Result NONE AS YET

(6) Date of result CASE # 04-361-ML

(b) As to any second petition, application or motion give the same information:

(1) Name of court N

(2) Name of proceeding O

N

(3) Grounds raised E

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☐

(5) Result

(6) Date of result

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?

(1) First petition, etc. Yes ☐ No ☐

(2) Second petition, etc. Yes ☐ No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

These bad faith actions qualify as Younger exceptions which entitle me to Pre-Trial Habeas Corpus Relief, Federal Intervention, and an Injunction.

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.

CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
✓(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
✓(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal. (A) BAD-FAITH-PROSECUTION; Double-Jeopardy.

A. Ground one: I Am seeking Pre-Trial Habeas Corpus Relief and an Injunction Preventing R.I. From Taking me To Trial. "Twice".

Supporting FACTS (state *briefly* without citing cases or law): On 10-7-04, 10-12-04 and 11-9-04 AG. Steven Regine fully litigated and rested The State's Case at a bail Revocation procedure where he sought to adjudicate me in Criminal Contempt Pursuant To Rule 42 (b) he called witnesses, entered evidence, and Judge Moore ordered both The State and my Counsel Mark Smith To supply The Court with [redacted] memorandums of law in support of Their positions. This was on 10-12-04 The same day The State rested.

Supporting FACTS (state *briefly* without citing cases or law): My Attorney Mark Smith was To Subpoena witnesses and evidence To begin a defense and The Hearing was continued to 11-9-04.

On 11-9-04 without my Attorney being present Judge Moore abused her discretion and allowed AG Steven Regine To withdraw The violation. without my Attorney being present against my vehement

[redacted] objections. AG Steven Regine Knew I had never posted bail and only brought this hearing to

Supporting FACTS (state *briefly* without citing cases or law): Harrass me, subject me to the emotional ordeal, and embarrass me in this procedure where he knew he had absolutely no reasonable hope of success on the merits. he fully litigated the stalking allegation and now wants to bring me to trial on it after I was placed in jeopardy once already.

[redacted] Grounds 2 - (B) - abuse of discretion. Denial of Right to the effective assistance of Counsel. Double-Jeopardy

Supporting FACTS (state *briefly* without citing cases or law): On 11-9-04 Judge Moore abused her discretion, and placed me in jeopardy for a second time when she allowed AG Steven Regine to withdraw the violation against my vehement objections, while my counsel was not even there. Steven Regine then placed me twice in jeopardy by criminally informationing me both on the N.C.O and stalking charges.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them:

I believe all these issues were raised in my 24 page Brief Dec. 17th 04 and qualify as "Younger exceptions".

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ☑ No ☐

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
(a) At preliminary hearing Denied a Prelim Hearing

(b) At arraignment and plea Mark Smith - Kenneth C Dale.

(c) At trial NOT YET

(d) At sentencing NOT YET

(e) On appeal

(f) In any post-conviction proceeding

(g) On appeal from any adverse ruling in a post-conviction proceeding

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ☐ No ☑

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☑

(a) If so, give name and location of court which imposed sentence to be served in the future:

(b) Give date and length of the above sentence:

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No ☑

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

James J Sulce - Pro/se
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

March 17Th 2005
Date

James J Sulce
Signature of Petitioner