UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES J. SILVA<br>Petitioner<br><br>vs.<br><br>A.T. WALL, DIRECTOR OF PRISONS<br>PATRICK LYNCH, AS ATTORNEY<br>GENERAL OF THE STATE OF<br>RHODE ISLAND; and<br>STEPHEN REGINE<br>Respondents | : | C.A. No. 05-109-S |

**ORDER**

Pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, the Clerk shall FORTHWITH mail copies of the amended petition and related papers in this matter to all Respondents.

It is so ordered.

William E. Smith
United States District Judge

Dated: 7/29/05