**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JAMES J. SILVA** | : | |
| | : | |
| **vs.** | : | **C.A. No. 05-109-S** |
| | : | |
| **A.T. WALL, DIRECTOR OF PRISONS** | : | |
| **PATRICK C. LYNCH, AS ATTORNEY** | : | |
| **GENERAL OF THE STATE OF** | : | |
| **RHODE ISLAND; and** | : | |
| **STEPHEN REGINE** | : | |

**STATE OF RHODE ISLAND'S MOTION TO DISMISS PLAINTIFF'S "MOTION FOR JOINDER, ......[ETC.]"**

Now comes the State of Rhode Island, by and through its attorneys, and, for the reasons expressed in the accompanying memorandum, respectfully moves to dismiss Plaintiff's "*Motion for Joinder,...[etc.]*".

Respectfully Submitted,

**STATE OF RHODE ISLAND**
By Its Attorneys,
**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

Stephen A. Regine AAG 8/11/05

**STEPHEN REGINE, # 4691**
**AARON L. WEISMAN, #4438**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

**CERTIFICATION**

I hereby certify that on the 11th day of August, 2005, I placed a copy of the within document in the U.S. mail, postage prepaid, to James J. Silva, at his last known address of P.O. Box 8249, Cranston, RI 02920.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JAMES J. SILVA** | : | |
| | : | |
| **vs.** | : | **C.A. No. 05-109-S** |
| | : | |
| **A.T. WALL, DIRECTOR OF PRISONS** | : | |
| **PATRICK C. LYNCH, AS ATTORNEY** | : | |
| **GENERAL OF THE STATE OF** | : | |
| **RHODE ISLAND; and** | : | |
| **STEPHEN REGINE** | : | |

**STATE OF RHODE ISLAND'S MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S "MOTION FOR JOINDER, ......[ETC.]"**

Petitioner, apparently as part of his 28 U.S.C. § 2254 application, has asked that this Court take certain action with respect to his pending state criminal cases (P2-2004-3106A (violation of a protective order (*please see* R.I.G.L. § 15-15-3)) and P2-2005-0362A (felony stalking (*please see* R.I.G.L. § 11-59-2)), including appointing counsel to represent him in this Court, compelling discovery, certifying (apparently his 28 U.S.C. § 2254 case) as a class action, holding a conference, and enlarging the record. For the reasons expressed in the State's objection (and supporting memorandum) to Petitioner's 28 U.S.C. § 2254 application, however, Petitioner is not entitled to any of these requested actions because, as he is not "a person in custody pursuant to the *judgment* of a State court" (28 U.S.C. § 2254(b)(1))(emphasis added)), his 28 U.S.C. § 2254 action is not proper and ought to be dismissed. Consequently, the State would respectfully suggest, there is evidently no reason to appoint counsel in this matter (*see* Rule 8(c) of the Rules governing Section 2254 Cases ("*If an evidentiary hearing is warranted,* the judge must appoint an attorney to represent a petitioner")(emphasis added)), or to expand the record (*see* Rule 7(a) of the Rules governing Section 2254 Cases ("*If the Petition is not*

*dismissed*, the judge may direct the parties to expand the record")(emphasis added)), or to permit discovery (*see* Rule 6(a) of the Rules governing Section 2254 Cases ("A judge may, *for good cause*, authorize a party to conduct discovery")(emphasis added)) in this case, as it is not even a proper 28 U.S.C. § 2254 petition.

Moreover, because what Plaintiff complains of are matters in the State Court for which he has yet to be tried on, principles of comity would counsel that Plaintiff's "*Motion for Joinder, ... [etc.]*" be dismissed.

Respectfully Submitted,

**STATE OF RHODE ISLAND**
By Its Attorneys,
**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

Stephen G. Regine AAG 8/11/05

**STEPHEN REGINE, # 4691**
**AARON L. WEISMAN, #4438**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

**CERTIFICATION**

I hereby certify that on the 11th day of August, 2005, I placed a copy of the within document in the U.S. mail, postage prepaid, to James J. Silva, at his last known address of P.O. Box 8249, Cranston, RI 02920.