UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND.

James J. Silva 04-361-S
V. 05-109-S
A.T. Wall, et al

Petitioner's Supplemental Response To State's Objection To Petitioner's Motion For Removal and Clarification.

(a)- On 11-9-04 Judge Patricia Moore, AG. Steven A. Regine, Mark Smith, And Detective Napolean Gonsalves co-conspired to deprive this Petitioner of his right not to be twice placed in Jeopardy for the same offense, his right to present a defense, obtain witnesses and evidence in his favor, and the assistance of counsel on that day.

(b)- From December 7th 2004 The day This Petitioner docketed His 24 page motion to Dismiss/Quash and Remand, Judge Susan McGuirl, AG. Steven A. Regine, Kenneth C. Vale, Magistrate Joseph Keough, Judge Mark Pfieffer, and possibly Judge Netti Vogel have co-conspired to circumvent this Petitioner's rights to present a defense, obtain witnesses and evidence in his favor, and not to be twice placed in jeopardy for the same offense.

Therefore, his Civil Rights under 42 U.S.C. § 1985 have been violated.

over. →

Page 2 of 2

42 U.S.C. § 1985 (3) States;

persons
If two or more people in any state or territory conspire... for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws; ... in any case of conspiracy set forth in this section, if one or more persons engaged therein do, or cause to be done, any act in furtherance of the object of such conspiracy, whereby another is injured in his person or property, or deprived of having and exercising a right or privilege of a citizen of the United States, the party so injured or deprived may have an action for the recovery of damages, occasioned by such injury or deprivation, against one or more of the conspirators.

Davis v. Glanton, 107 F3d 1044, 1049-50 3d Cir.(1997).

Wherefore, Petitioner moves this Honorable U.S. District Court grant this and any other such and further relief deemed meet and just under the prevailing circumstances.

Respectfully Submitted,

Dated Sunday 8/14/05

James J Suka

FILED
2005 AUG 17 A 10:36
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

CERTIFICATION

I, the undersigned, hereby swear and certify that I have mailed a true and correct copy of the foregoing Motion to the Attorney General's Office, 150 South Main Street, Providence, RI, 02903, on the 14TH day of AUGUST 2005.

James J. Silva
Defendant, Pro Se

JAMES J. SILVA - [redacted]
I.S.C. F-207- BOTTOM
P.O. BOX 8249
CRANSTON, RI
02920

[redacted] [redacted]