UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND.

James J. Silva CA. NO. 05-109-S

VS.

A.T. Wall, Director of Prisons et al.

VS CA. NO- 04-361-S

Judge Michael Higgins et al.

1 : MOTION FOR A STAY IN THE PROCEEDINGS ;

2 : MOTION TO ENLARGE TIME ;

3 : MOTION TO CENSOR ATTORNEY GENERALS STEVEN A REGINE AND OR AARON WEISMAN ;

4 : MOTION TO COMPEL SPECIFIC DISCOVERY ;

5 : MOTION FOR A CONFERENCE A.S.A.P. ;

6 : MOTION TO GRANT WRIT OF PROHIBITION AND OR RESTRAINING ORDER A.S.A.P. :

Now comes The Petitioner, James J. Silva, in The above entitled matters and moves The Honorable Judge William E. Smith and or This Honorable Court for The Requested relief, ~~A.S.A.P.~~

In support of These motions The Petitioner offers The following :

I:

On July 28th 2004, 2 Pawtucket police officers, Perez and Silva were dispatched To The N. Smithfield Police STATION To pick up A prisoner, (James J. Silva D.O.B. 5/5/53) who was wanted by Their department for violation of A No-Contact- Order on A 24 hour. (Please see exhibits,

Event #35, 04-361-S, attachments, page 7, which is exhibit #11).

In Steven A. Regine's Motion to Dismiss Plaintiff's Petition under 28 U.S.C. § 2254 CA. NO. 05-109-S, footnote

> Knowledge and belief, Petitioner arrived into The custody of The Pawtucket Police after being called by such department and being asked whether or not he wanted to pursue an unrelated internal affairs investigation, and then being taken by N. Smithfield Police To The Pawtucket Police Station.

II:

On October 7th 2004, This Petitioner was first arraigned on 1 count of Felony Stalking Daniel Cesareo. Court Appointed Counsel, Mark Smith, first argued his motion To dismiss, (Please see Petitioner's Response to State's Response To Petitioner's Motion for Removal, exhibit PR-6)

Next This Petitioner Testified he was arrested by N. Smithfield, had asked if They had a warrant, The officer responded we don't need one its within 24 hours, and was booked at The N. Smithfield Police Station. where 3 Pawtucket Police Officers picked him up.

On This same day October 7th 2004, Detective Napolean Gonsalves Testified, Daniel Cesareo Testified, and Asst. Attorney General, Steven A. Regine cross examined

This Petitioner and drove home the point that I was in fact arrested by N. Smithfield within the 24 hours pursuant to 12-29-3 section (b)(3) of the R.I.G.L.

Now Asst. Attorney General, Steven A. Regine's Memorandum, Page 2 lines 18, 19, he states;

> Five days later on October 12th 2004, The State presented to the District Court its case, (etc, etc.).

On this day Asst. Attorney General, Steven A. Regine entered all the envelopes and letters which were the basis of the stalking allegation as full exhibits. These were to be marked by the clerk as to

> CASE #; DATE; EXHIBIT #;
> and the Clerk's name.

On 11-9-04 Judge Patricia Moore handed these letters to Asst. Attorney General, Steven A. Regine, in open court and had the record reflect that.

Asst. Attorney General, Steven A. Regine is not only a liar, perjeror, and a tamperor and fabricator of evidence, Judge Patricia Moore is now involved in a criminal co-conspiracy as it is beyond the scope of her duties to transfer evidence which is part of the record on appeal to anyone.

The Criminal docket Reports now reflect. That this case 6204-14367 was disposed of on October 17th [redacted] 2004. Judge Moore and Asst. Attorney General, Steven A Regine are caught in an attempt to cover up

A 2 day Criminal Contempt Prosecution against This Petitioner. And This is only a sample.

Wherefore, Petitioner Moves This Honorable further relief deemed meet and just. Under the Honorable United prevailing circumstances.

Dated August 19th 2005

Respectfully Submitted,

James J. Sulea

CERTIFICATION.

I do hereby certify That on August 19th 2005 I did mail a verbatim hand written copy of This 4 page motion To The office of The Attorney General C/O Asst AG. General Steven A. Resine or I will hand deliver it To him in open court on Monday August 22nd 2005 before Judge Netti-Vogel.

James J. Sulea.

2005 AUG 23 A 10 22

FILED