UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

James J. Silva
v
A.T. Wall, et al
v
Judge Michael Higgins, et al.

CA. NO. - 05-109 S

CA. NO. - 04-361-S

RECEIVED
AUG 25 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Supplemental Exhibits #2
To Event #35-04-361-S.

DATED. AUGUST 19, 2005.

Respectfully Submitted,
James J. Silva.

Petitioner's exhibit #15 - The entire 9/16/05 11 page Bail violation and Criminal Contempt Complaint.

Please take notice that on this date 9/16/04 as per The Criminal Docket Reports page 10 + 11 of This exhibit. petitioner was still incarcerated and charged with 12-29-4. Violation of a no. contact order.

Also see warrants of Commitment Exhibits PR-4 and PR-5 of Petitioner's Response To State's Response To Petitioner's Motion for removal.

While This 46 g bail violation and Rule 42 b. criminal contempt Complaint contained only 2 letters and no envelopes. On October 7th 2004 AG Steven Regine had This petitioner charged with 11-59-2 Stalking (This police report reflects 11-53 profanity) and Then entered All The letters and All The envelopes and fully litigated The Stalking allegation.

This was a disclosure violation.

CERTIFICATION.

I do hereby certify That on This The 20th day of August 2005, I did mail a copy of The foregoing Exhibits To The Office of The Attorney General at 150 S. Main St. Providence. RI. 02903.

[signature]

4

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
DEPARTMENT OF THE ATTORNEY GENERAL
150 South Main Street
Providence, Rhode Island 02903
Patrick C. Lynch, Attorney General

# 46(g) Bail Violation

**September 16, 2004**

STATE OF RHODE ISLAND

V.

DISTRICT COURT CASE NO.
**62/2004-14367**
**CT.1**

**JAMES SILVA (DOB: 5-5-53)**

The defendant in the above-entitled matter is considered an alleged violator of the conditions of his bail in that he failed to keep the peace and be of good behavior. The defendant appeared before the District Court on the above-entitled Felony Complaint and bail was set in the amount of **$1,000 cash**, which occurred on **July 29, 2004**.

The Attorney General now seeks to have the defendant adjudged a bail violator pursuant to Rule 46(g) of the District Court Rules of Criminal Procedure and adjudged in contempt of Court pursuant to Rule 46(e) & 42(b) of the Dis. Ct. Rules of Criminal Procedure.

The Attorney General specifies the following as grounds upon which this violation is sought:

**The defendant has not kept the peace and been of good behavior based upon the following:**

- **Please see attached police reports from the Pawtucket Police Department regarding threatening letters the defendant has sent from the ACI since his initial appearance before the Court on July 29th, 2004.**

- **Please see attached copies of the above referenced letters.**

Stephen A. Regine AAG 9/16/04
Assistant Attorney General

A copy of this statement was furnished to the defendant on the 16th day of **September**, **2004**. SAR/AAG (Hand-delivered in court to Defendant, James Silva) Stephen A. Regine AAG

**Incident #: 04-6964-OF**
**Call #: 04-62684**

Date/Time Reported: 09/09/2004 1601
Report Date/Time: 09/09/2004 1645
Occurred Between: 07/28/2004 0800-09/09/2004 1645
Status: Incident Open
Reporting Officer: OFFICER BRIAN MOCOGNI
Detective: DETECTIVE NAPOLEON GONSALVES
Approving Officer: Sergeant CORY JACKSON

Signature: ______________________________

| # | SUSPECT(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | **SILVA, JAMES J** | M | W | 51 | [redacted] | [redacted] |

[redacted]

HEIGHT: 511 WEIGHT: 190
BODY: MEDIUM
[redacted]
STATE ID: 16546-1
LICENSE NUMBER: NOT AVAIL.

HAIR: BLACK EYES: BROWN
COMPLEXION: MEDIUM
PLACE OF BIRTH: PAWTUCKET
FBI ID:
ETHNICITY: NOT HISPANIC

**[APPEARANCE]**

GLASSES WORN: NO

| ALIAS LAST NAME | FIRST NAME | MIDDLE NAME | SSN | DOB |
|---|---|---|---|---|
| JIM | | | NOT AVAIL | NOT AVAIL |
| SILVA | JAMES | J | NOT AVAIL | NOT AVAIL |

**[FAMILY/EMPLOYMENT INFORMATION]**

MARITAL STATUS: MARRIED
SPOUSE'S NAME: CAYER, BARBARA E

EMPLOYER/SCHOOL: T STEWART
UNKNOWN
NORTH ATTLEBOROUGH MA

OCCUPATION: FOREMAN

| # | OFFENSE(S) | A/C | STATE LAW | |
|---|---|---|---|---|
| | LOCATION TYPE: Residence/Home/Apt./Condo Zone: Tab 2-2<br>POLICE HQ<br>341 ORIENT AVE<br>PAWTUCKET RI 02860 | | | |
| 1 | **THREATS**<br>OCCURRED: 07/28/2004 0800<br>WEAPON/FORCED USED: None | C | 11-5 | 3 |

**Pawtucket Police Department**

**Incident Report**



**Incident #: 04-6964-OF**
**Call #: 04-62684**

| # | VICTIM(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | **CESARIO, DANIEL** | M | W | 47 | NOT AVAIL | 401-724-1565 |

[redacted]
DOB: NOT AVAIL
INJURIES: None
ETHNICITY: Not of Hispanic Origin
RESIDENT STATUS: Resident
VICTIM CONNECTED TO OFFENSE NUMBER(S): 1
RELATION TO: SILVA JAMES — Acquaintance

| # | OTHER PROPERTIES | PROPERTY # | STATUS |
|---|---|---|---|
| 1 | **THREATENING LETTERS** | **04-1790-PR** | **(Not NIBRS Reportable)** |

QUANTITY: 2 VALUE: $0.00
SERIAL #: NOT AVAIL
DATE: 09/09/2004

Ref: 04-6964-OF

Entered: 09/09/2004 @ 1654 Entry ID: 9788
Modified: 09/09/2004 @ 1706 Modified ID: 9788
Approved: 09/09/2004 @ 1713 Approval ID: 0582

On September 9, 2004, at approximately 1601 hrs., I was dispatched to police headquarters for a report of threats. Upon arrival I met with Daniel Cesario who stated that he was being threatened via mail.

He stated that his girlfriends ex-husband, James Silva, has sent him two letters from the ACI. The letters were sent on July 28, 2004, and September 8, 2004. The letters contained clear statements that are ment for Cesario to believe that when Silva gets out of jail he is going to bring bodily harm to him. Such statements as, "RIP" and, "payback is going to be a mother fucker", are used. Silva appears to angry at the fact that Cesario is currently dating his ex-wife and spending time with his son. One letter also contained derogatory statements about The Pawtucket Police Dept. and its members. I explained to Cesario that I would be seizing the letters and using them as evidence against Silva in a case. I also told him that a police report will be filed and charges will be investigated by our Detective Division.

Dan,
Someone Told me you like to sit at The bar at The Newport Deck with my whore wife and get drunk with That drunken Slut, The other night you Told my daughter Krystyn -

All I want is PEACE,

You Stupid - Drunken - Cowardly - Lowlife Piece of Fucking SHIT.

- You were fucking my wife while I was in prison, maybe before That.
- That no good evil Cunt has every Thing That belongs To me,
- You're sleeping with The ugly, cracked nosed, No Titted Slut in front of my Son

And you want Peace?

OH, You'll GeT iT, "Soon." over →

R.I.P.

You Piece of Shit! I'm Coming for you

I don't Blame you For sitting at The bar
Keeping an eye on her. Once a low class,
drunken, welfare whore, always a Whore. And
Did she Tell you she Blew Chip Devine
in The mens room at The Deck? No?
Her + Her Whore Friend Marion are a
Team, Thats how she paid To put me in Jail
by Sucking Police Cock. Chips and who-
ever elses.
Just Wait Till you piss her off, you'll be
Next. ask Dave Lithco She's a cop
calling whore From way back.
But all That aside –

I'm Coming For you soon, you low
Life Piece of Fucking Shit.

I'm Homing in on your Home – your Job –
and your Extra-Curricular Activities.
And I Hope we are clear about My
SON!

I'll see you Two Soon, – in Hell.

Payback is Gonna be a
MOTHER-FUCKER.

DAN Cesario

341 Orient Ave Pawtucket R.I. 727-0769

Employer Furey Roofing. 150 Carolina Ave Prov. R.I. 461-2100

Pretty Soon we'll Resolve our Problems.

"Asshole." "Legally of Course"

I always Thought you were Just A Fag, A Bisexual - A coward and Wimp ?? How does A Faggot Roof ???

— Soon —

Guess Who!

Dan, Cesario,

My son tells me you're such a fucking wimp that Kevin pushes you around, my whore wife bosses you around, and he simply pays no attention to you. (I told him he doesn't have to)

Now you've had my whore wife lie about a phone call to protect your cowardly ass by putting me back in jail. Well, you'll like this. I won't be here long, although I would prefer a Trial. I already have Pawtucket and the A.G.'s Beat. "Again." So I figure two more weeks.

And then I'm coming Straight for you.

Your time is almost up!

"Straight for you." I don't care if I have to come to 341 Crest Ave. And climb over Chip Devine to get to you, I'm on my way.

See ya,

Soon.

I'm gonna beat your ass in front of both the boys.

Then I'm gonna take everything you own.

Cindy. Comprende! Bandejo?

My wifes friend John Harrington is [illegible] for his life trying to save everyone he's got in trouble over her. You need to think about this? How did she pay him? "YUK", an 80 year old Sugar Daddy.

R.I. Dept. of Corrections

**REQUEST FORM**

TO: ______ DATE: ______

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC)

The reason I'm getting out is Barbara lied to get this Restraining Order so it's Illegal.
That's all she does is lie.

INMATE NAME ______ I.D.# ______

WORK ASSIGNMENT: ______ CELL NUMBER: ______

H.S.C. ______ MAXIMUM ______ MEDIUM ______ MINIMUM ______

WOMENS ______ I.S.C. ______ WORK RELEASE ______

And she was with Chip the other night "Stupid." I hope you don't kiss her on the lips. How's Devine Taste?

WING OR DETAIL OFFICER'S COMMENTS: How's Pretinston Taste?

OFFICER'S SIGNATURE ______

**Disposition of Case**

RESPONSE: My Picture and Complete Criminal Record are posted with all the Capitol Police at every Court House.
Do you think they're afraid of little old me?
Well, who's guarding you? Chip?

SIGNATURE ______ TITLE ______ DATE HA HA HA.

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION:

| REQUEST | | RESPONSE | |
|---|---|---|---|
| WHITE | DESIGNEE | WHITE | INMATE |
| YELLOW | " | YELLOW | ASSOCIATE DIRECTOR |
| PINK | " | PINK | DESIGNEE |
| SALMON | INMATE | | |

S-10

# Criminal Docket Sheet Report



**Case ID:** 62-2004-14367 **Description:** JAMES SILVA
**Filing Date:** 29-JUL-2004
**Original Case ID:**

**Defendant Name:** JAMES J SILVA **Police Dept:** PAWTUCKET POLICE DEPARTMENT
**BCI#:** [redacted] **Date of Birth:** [redacted] **Incarcerated:**

**Address:** ACI

PAWTUCKET RI 02860

**COURT APPOINTED ATTORNEY:** JAMES A RUGGIERO

## Charge Information

**Count:** 1 12-29-4/A **VIOLATION NO CONTACT ORDER**

**Offense Date:** 27-JUL-2004

**Charge Text:**

**Disposition:**

## Warrant Information

| Date | Warrant ID | Status | Judge |
|---|---|---|---|

## Bail Information

29-JUL-2004 CASH BAIL SET AT $1000.00

## Bail Posted

| Bail | Payor | Amount |
|---|---|---|

## Scheduled Dates

| Date | Event | Locn | Judge |
|---|---|---|---|
| 12-AUG-2004 | PRE-ARRAIGNMENT DISP CONFERENC | 6D | |

## Events

| Date | Event | Judge |
|---|---|---|

## Case Jackets

| Check Out Date | Returned Date | Person Name | Text |
|---|---|---|---|

## Case Evidence

| Check Out Date | Returned Date | Person Name | Text |
|---|---|---|---|

## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 29-JUL-2004 | COMPLAINT FILED | |
| 29-JUL-2004 | FELONY INITIAL APPEARANCE | |
| 29-JUL-2004 | NO CONTACT ORDER | W/ BARBARA CAYER |
| 29-JUL-2004 | DEFT REFERRED PUBLIC DEFENDER | |

## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 29-JUL-2004 | WANT OF BAIL DEFT IS COMMITTED | Docket entry for the letter produced from CSAEVNT on 29-JUL-2004 by LCASTOR. |
| 10-SEP-2004 | LETTER REPRESENTATION CONFLICT | |
| 14-SEP-2004 | CT APPOINTED ATTORNEY (FEL) | |
| 15-SEP-2004 | NOTICE SENT TO ATTORNEY | |

Petitioner's exhibit #16.

On 7/29/2004 This Petitioner asked The Court for a copy of Inspector Dennis Woynar's Complaint as he can prove Pawtucket Prosecution Members have Fabricated warrants against him in The past as well as fabricated police reports which is The basis of petitioner's I.A.D. complaint To internal affairs Sgt. Mike Nastari.

They did not give me a copy of The complaint on That day but when I got it on 10/7/04 This is what had been done To it.

But when?

STATE OF RHODE ISLAND
DISTRICT COURT
CRIMINAL COMPLAINT

0082356

| DISTRICT COURT NO. | COURT DIVISION | POLICE NO. |
|---|---|---|
| 20040114367 | 6th | 04-5737-OF |

STATE EX REL VS. DEFENDANT (NAME AND ALIAS): Silva, James J. alias

DEFENDANT ADDRESS AND PHONE: 65 Main St Smithfield — Unknown, Smithfield, RI
STREET / CITY / STATE / PHONE

| DEF. D.O.B. | DEF. BCI NO. | DEF. SOC. SEC. NO. | DEF. M.V. LIC. NO. | DETERMINE ATTY DATE | PRE TRIAL DATE |
|---|---|---|---|---|---|
| [redacted] | | | | 8-12-04 | |

| OFFENSE DATE | ☐ DIVERS DATE | OFFICER/COMPLAINANT | PRE ARRAIGN CONF DATE | TRIAL DATE |
|---|---|---|---|---|
| 27JL04 | | Det. Gonsalves | 9-30-04 | |

| POLICE DEPT./COMPLAINANT ADDRESS | SUPERIOR CT ARRAIGN DATE | MISC DATE/BAIL HRG/CONTROL |
|---|---|---|
| Pawt. Police Dpt., 121 Roosevelt Ave., Pawt.,RI | 10-7-04 | |

TO ANY JUDGE OR JUSTICE OF THE PEACE: ON BEHALF OF THE STATE I SWEAR THAT THE ABOVE DEFENDANT DID COMMIT THE FOLLOWING OFFENSES:

| OFFICER/COMPLAINANT | DATE | SWORN TO BEFORE JUDGE/JUSTICE OF THE PEACE | DATE |
|---|---|---|---|
| X [signature] | 7-29-04 | X | 7/29/ |

**INITIAL APPEARANCE**

| APPEARANCE DATE | BAIL FOR ALL COUNTS | ARRAIGNMENT DATE | JUSTICE OF THE PEACE |
|---|---|---|---|
| | $ | | |

**ARRAIGNMENT**

| ARRAIGNMENT DATE | ADVISED OF RIGHTS | JURY TRIAL WAIVED | PLEA COUNT 1 | PLEA COUNT 2 | PLEA COUNT 3 |
|---|---|---|---|---|---|
| 7/29/04 | ☐ YES ☐ NO | ☐ YES ☐ NO | | | |

| BAIL FOR ALL COUNTS | ATTORNEY NAME | ☐ PRIVATE ☐ COURT APPT. ☐ P.D. | JUDGE/JUSTICE OF THE PEACE |
|---|---|---|---|
| $ 1000 Cail | | | X |

**COUNT 1** STATUTE(S) VIOLATED: 12-29-4/12-29-5 ☒ FELONY ☐ MISDEMEANOR ☐ VIOLATION ☐ ORDINANCE

Did violate ~~a no contact order issued by Providence Superior Court pursuant to a Domestic Violence Case~~ A Family Court Protective Order issued on 2-15-02, in violation of ~~12-29-4~~ 15-15-3 and 12-29-5, of the Domestic Violence Prevention Act, of the Rhode Island General Laws. The defendant also has two previous Domestic Violence convictions within the state of Rhode Island, thus the violation is a felony. No contact Barbara Caylor

DISPOSITION: ☐ DISMISSAL ☐ GUILTY PLEA ☐ NOLO PLEA ☐ GUILTY FINDING ☐ NOT GUILTY FINDING ☐ CASE FILED 1 YEAR ☐ INFO/TRUE BILL ☐ NO INFO/NO TRUE BILL ☐ OTHER ______

SENTENCE IMPOSED:

PROCEEDING: ☐ ARRAIGN ☐ PRE TRIAL ☐ TRIAL ☐ OTHER — APPEAL TAKEN ☐ — JUDGE X — DATE

**COUNT 2** STATUTE(S) VIOLATED: ☐ FELONY ☐ MISDEMEANOR ☐ VIOLATION ☐ ORDINANCE

DISPOSITION: ☐ DISMISSAL ☐ GUILTY PLEA ☐ NOLO PLEA ☐ GUILTY FINDING ☐ NOT GUILTY FINDING ☐ CASE FILED 1 YEAR ☐ INFO/TRUE BILL ☐ NO INFO/NO TRUE BILL ☐ OTHER ______

SENTENCE IMPOSED:

PROCEEDING: ☐ ARRAIGN ☐ PRE TRIAL ☐ TRIAL ☐ OTHER — APPEAL TAKEN ☐ — JUDGE X — DATE

**COUNT 3** STATUTE(S) VIOLATED: ☐ FELONY ☐ MISDEMEANOR ☐ VIOLATION ☐ ORDINANCE

| 'SITION | | SENTENCE IMPOSED | | |
|---|---|---|---|---|
| 'SMISSAL<br>JILTY PLEA<br>'LO PLEA<br>ILTY FINDING | ☐ NOT GUILTY FINDING<br>☐ CASE FILED 1 YEAR<br>☐ INFO/TRUE BILL<br>☐ NO INFO/NO TRUE BILL<br>☐ OTHER ______ | | | |
| 'DING<br>AIGN ☐ PRE TRIAL ☐ TRIAL ☐ OTHER | | APPEAL TAKEN ☐ | JUDGE<br>X | DATE |

| '(S) NOTIFIED | VICTIM(S) APPEARED | CASE TYPE | IMMEDIATE APPEAL TAKEN | ADDITIONAL COUNTS ATTACHED |
|---|---|---|---|---|
| 'IGNMENT<br>'RIAL | ☐ ARRAIGNMENT<br>☐ PRE TRIAL<br>☐ TRIAL | ☐ DOMESTIC VIOLENCE | DATE JUDGE<br>X | ☐ |

COURT COPY

Y-14

Petitioner's Exhibit # 17.

Some where in between September 16th 2004 and The Criminal Docket Reports get changed From 12-29-4 To 15-15-3 and while There is no motion To Amend The Complaint in either Criminal Docket Report 6204-14367 or P204-3106A somehow Criminal Docket Report 6204-14367 says amended complaint in February 2005.

Now P204-3106A reflects 15-15-3 not The 12-29-4 for which This Petitioner has been confined and defended against on 10/7 and 10/12/2004.

This is why Attorney Mark Smith Took The Criminal Information From me on 10/14/04. They had changed The Statutory Offense From 12-29-4 To 15-15-3.

# Criminal Docket Sheet Report

**Case ID:** 62-2004-14367 **Description:** JAMES SILVA
**Filing Date:** 29-JUL-2004
**Original Case ID:**

**Defendant Name:** JAMES J SILVA **Police Dept:** PAWTUCKET POLICE DEPARTMENT

[redacted] [redacted] **Incarcerated:**

**Address:** 65 MAIN STREET

NORTH SMITHFIELD RI 02896

**COURT APPOINTED ATTORNEY:** MARK L. SMITH

## Charge Information

**Count:** 1 12-29-4/A **VIOLATION NO CONTACT ORDER**

**Offense Date:** 27-JUL-2004

**Charge Text:**

**Disposition:** INFO SIGNED/AMENDED CHARGE

## Warrant Information

| Date | Warrant ID | Status | Judge |
|---|---|---|---|

## Bail Information

29-JUL-2004 CASH BAIL SET AT $1000.00

16-SEP-2004 DEFENDANT HELD WITHOUT BAIL

## Bail Posted

| Bail | Payor | Amount |
|---|---|---|

## Scheduled Dates

| Date | Event | Locn | Judge |
|---|---|---|---|
| 12-AUG-2004 | PRE-ARRAIGNMENT DISP CONFERENC | 6D | |
| 30-SEP-2004 | VIOLATION OF BAIL | 6D | |
| 09-NOV-2004 | REVIEW | 6D | |

## Events

| Date | Event | Judge |
|---|---|---|
| 07-OCT-2004 | **VIOLATION OF BAIL**<br>INFORMATION SIGNED | |
| 12-OCT-2004 | **VIOLATION OF BAIL**<br>CONTINUED FOR FURTHER HEARING | |

## Case Jackets

| Check Out Date | Returned Date | Person Name | Text |
|---|---|---|---|

## Case Evidence

| Check Out Date | Returned Date | Person Name | Text |
|---|---|---|---|

# Criminal Docket Sheet Report

62-2004-14367

## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 29-JUL-2004 | COMPLAINT FILED | |
| 29-JUL-2004 | FELONY INITIAL APPEARANCE | |
| 29-JUL-2004 | NO CONTACT ORDER | W/ BARBARA CAYER |
| 29-JUL-2004 | DEFT REFERRED PUBLIC DEFENDER | |
| 29-JUL-2004 | WANT OF BAIL DEFT IS COMMITTED | Docket entry for the letter produced from CSAEVNT on 29-JUL-2004 by LCASTOR. |
| 10-SEP-2004 | LETTER REPRESENTATION CONFLICT | |
| 14-SEP-2004 | CT APPOINTED ATTORNEY (FEL) | 9-30-04: ATTORNEY RUGGIERO CANNOT REPRESENT DEFENDANT. NEW ATTORNEY APPOINTED. |
| 15-SEP-2004 | NOTICE SENT TO ATTORNEY | |
| 16-SEP-2004 | VIOLATION OF BAIL | |
| 16-SEP-2004 | CONTINUED FOR FURTHER HEARING | |
| 16-SEP-2004 | WANT OF BAIL DEFT IS COMMITTED | Docket entry for the letter produced from CSAEVNT on 16-SEP-2004 by LCASTOR. |
| 16-SEP-2004 | PET WRIT OF HABEAS CORPUS | Docket entry for the letter produced from CSAEVNT on 16-SEP-2004 by LCASTOR. |
| 30-SEP-2004 | COURT TO APPNT PRIVATE COUNSEL | |
| 04-OCT-2004 | CT APPOINTED ATTORNEY (FEL) | |
| 04-OCT-2004 | NOTICE SENT TO ATTORNEY | |
| 07-OCT-2004 | TRANSFERRED TO SUPERIOR COURT ? **Affiliated Party:** STATE OF RHODE ISLAND | |
| 07-OCT-2004 | CASE DISPOSED ? | |

# Criminal Docket Sheet Report



**Case ID:** P2-2004-3106A **Description:** JAMES J. SILVA
**Filing Date:** 07-OCT-2004
**Original Case ID:** 62-2004-14367
**Defendant Name:** JAMES J SILVA **Police Dept:** PAWTUCKET POLICE DEPARTMENT
**BCI#** [redacted] **Date of Birth:** [redacted] **Incarcerated:**

**Address:** 65 MAIN STREET

NORTH SMITHFIELD RI 02896

**COURT APPOINTED ATTORNEY:** KENNETH C. VALE
**PROSECUTOR:** STEPHEN A REGINE

## Charge Information

**Count:** 1 15-15-3/A **VIOLATION OF PROTECTIVE ORDER**
**Offense Date:** 27-JUL-2004
**Charge Text:**
**Disposition:**

## Warrant Information

| Date | Warrant ID | Status | Judge |
|---|---|---|---|

## Bail Information

| | |
|---|---|
| 29-JUL-2004 | CASH BAIL SET AT $1000.00 |
| 16-SEP-2004 | DEFENDANT HELD WITHOUT BAIL |
| 14-OCT-2004 | CASH BAIL SET AT$ 2000.00 |

## Bail Posted

| Bail | Payor | Amount |
|---|---|---|

## Bail Posted in District Court

| Bail | Payor | Amount |
|---|---|---|

## Scheduled Dates

| Date | Event | Locn | Judge |
|---|---|---|---|
| 22-FEB-2005 | PRE-TRIAL CONFERENCE | P | PFEIFFER, JUDGE |

## Events

| Date | Event | Judge |
|---|---|---|
| 14-OCT-2004 | **PRE-ARRAIGNMENT DISP CONFERENC**<br>COMPLETED | MCATEE, MAGISTRATE |
| 07-DEC-2004 | **MOTION TO WITHDRAW**<br>GRANTED | MCGUIRL, JUDGE |
| 13-JAN-2005 | **DETERMINATION OF ATTORNEY**<br>COURT TO APPNT PRIVATE COUNSEL | MCGUIRL, JUDGE |

# Criminal Docket Sheet Report



## Events

| Date | Event | Judge |
|---|---|---|
| 13-JAN-2005 | **MOTION TO DISMISS**<br>REPRESENTATION PROBLEM | MCGUIRL, JUDGE |
| 24-JAN-2005 | **DETERMINATION OF ATTORNEY**<br>REPRESENTATION PROBLEM | VOGEL, JUDGE |
| 01-FEB-2005 | **DETERMINATION OF ATTORNEY**<br>DEFENSE NOT READY | VOGEL, JUDGE |

## Case Jackets

| Check Out Date | Returned Date | Person Name | Text |
|---|---|---|---|

## Case Evidence

| Check Out Date | Returned Date | Person Name | Text |
|---|---|---|---|

## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 29-JUL-2004 | COMPLAINT FILED | |
| 29-JUL-2004 | FELONY INITIAL APPEARANCE | |
| 29-JUL-2004 | NO CONTACT ORDER | W/ BARBARA CAYER |
| 29-JUL-2004 | DEFT REFERRED PUBLIC DEFENDER | |
| 29-JUL-2004 | WANT OF BAIL DEFT IS COMMITTED | Docket entry for the letter produced from CSAEVNT on 29-JUL-2004 by LCASTOR. |
| 10-SEP-2004 | LETTER REPRESENTATION CONFLICT | |
| 14-SEP-2004 | CT APPOINTED ATTORNEY (FEL) | 9-30-04: ATTORNEY RUGGIERO CANNOT REPRESENT DEFENDANT. NEW ATTORNEY APPOINTED. |
| 15-SEP-2004 | NOTICE SENT TO ATTORNEY | |
| 16-SEP-2004 | VIOLATION OF BAIL | |
| 16-SEP-2004 | CONTINUED FOR FURTHER HEARING | |
| 16-SEP-2004 | WANT OF BAIL DEFT IS COMMITTED | Docket entry for the letter produced from CSAEVNT on 16-SEP-2004 by LCASTOR. |
| 16-SEP-2004 | PET WRIT OF HABEAS CORPUS | Docket entry for the letter produced from CSAEVNT on 16-SEP-2004 by LCASTOR. |
| 30-SEP-2004 | COURT TO APPNT PRIVATE COUNSEL | |
| 04-OCT-2004 | CT APPOINTED ATTORNEY (FEL) | |
| 04-OCT-2004 | NOTICE SENT TO ATTORNEY | |
| 08-OCT-2004 | INFORMATION FILED<br>**Affiliated Party:** STATE OF RHODE ISLAND | |
| 14-OCT-2004 | DEFT ARRGN & PLEADS NOT GUILTY | |
| 14-OCT-2004 | ARRAIGNMENT EVENT | |
| 14-OCT-2004 | PRETRIAL NOTICE ISSUED | |

# Criminal Docket Sheet Report



## Docket Entry Information

| Date | Description | Docket Text |
| --- | --- | --- |
| 14-OCT-2004 | NO CONTACT ORDER | 2 issued |
| | **Affiliated Party:** STATE OF RHODE ISLAND | |
| 14-OCT-2004 | ENTRY OF APPEARANCE | |
| 14-OCT-2004 | REMANDED TO THE ACI | |
| 19-OCT-2004 | LETTER COURT APPOINTS ATTORNEY | |
| 17-NOV-2004 | MOTION TO WITHDRAW | |
| | **Affiliated Party:** SILVA, JAMES J | |
| 07-DEC-2004 | MOTION TO QUASH | |
| 07-DEC-2004 | MOTION TO ASSIGN | |
| 07-DEC-2004 | MOTION FOR RELEASE | |
| 07-DEC-2004 | PET WRIT OF HABEAS CORPUS | |
| 14-JAN-2005 | LETTER COURT APPOINTS ATTORNEY | |
| | **Affiliated Party:** VALE, KENNETH C. | |

Petitioner's exhibit # 18.

On 11-9-04 The day This petitioner is supposed to put on his defense To The Criminal Contempt Prosecution.

A - Mark Smith Doesn't Show up.

B - Steven Regine is allowed To withdraw A prosecution for Criminal Contempt, by Judge Patricia Moore, against my vehement objections. And I am Remanded To The A.C.I. on case # 6204-14367.

see page 1

HOW?

It was no longer in The Court or The D.O.C's computer Systems

see pages 2 + 3.

The November 9th 2004 appearance was a "sham" an attempt To Trick me into believing They could withdraw a criminal contempt prosecution.

Other HOLDS

**REMAND**

## STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
## DISTRICT COURT

| COUNTY | DIVISION/LOCATION | CASE NO(S): |
|---|---|---|
| PROV. | 6th | 620414367 |

TO: The Marshal, Sheriff or their deputies; and to the Director of the Adult Correctional Institutions or Institute of Mental Health:

| DEFENDANT | DATE OF BIRTH | DATE OF APPEARANCE |
|---|---|---|
| JAMES SILVA | [redacted] | 11-9-04 |

This Court orders that the above-named respondent be remanded into the custody of the Director of the Adult Correctional Institutions or the Institute of Mental Health to be held as of his original commitment.

We command you, said marshal, sheriff or deputies, to take the above-named respondent and convey him to said Institutions and deliver him to said Director.

We command you, said Institution Director, to receive the above-named respondent into your custody and to hold him as of his original commitment.

| BAIL STATUS ON ABOVE CASE: | SENTENCE STATUS ON ABOVE CASE: |
|---|---|
| NO HOLD | PEND. Superior Court |

| DATE: | SIGNATURE OF JUDGE OR CLERK: |
|---|---|
| 11-9-04 | [signature] |

## MARSHAL OR SHERIFF

The above-named respondent has been committed to the appropriate Institution as within commanded.

| DATE | SIGNATURE OF MARSHAL, SHERIFF OR DEPUTY |
|---|---|
| | |

R.I. Dept. of Corrections

**REQUEST FORM**

TO: Counselor Jack Ward DATE: 10-14-04

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC)
Could you please get me Computer printouts of all my holds. And
The Criminal Docket Reports To match.
I am pro se and need status reports.
To see if my motions are docketed. Thank you.

INMATE NAME James J. Silva I.D.# [redacted]

WORK ASSIGNMENT: ______ CELL NUMBER: P-12-Bottom

H.S.C. ______ MAXIMUM ______ MEDIUM ______ MINIMUM ______

WOMENS ______ I.S.C. ______ WORK RELEASE ______

WING OR DETAIL OFFICER'S COMMENTS: ______

OFFICER'S SIGNATURE ______

**Disposition of Case**

RESPONSE: Pending Charges Sent.
Consult your Attorney on Court
Matters

SIGNATURE ______ TITLE C DATE 10-19-04

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION:

| REQUEST | | RESPONSE | |
|---|---|---|---|
| WHITE | DESIGNEE | WHITE | INMATE |
| YELLOW | " | YELLOW | ASSOCIATE DIRECTOR |
| PINK | " | PINK | DESIGNEE |
| SALMON | INMATE | | |

S-10

ITENEMY2

File Edit PF Keys Shift PF Keys Help

CHARGE INMATE VIEW

*** INMATE ***

INC. #: 024231

LAST NAME: SILVA FIRST: JAMES MINIT: J JR

ID: [redacted] D.O.B: [redacted] RACE: WHITE

TOTAL CASH BAIL: 4,000.00

TOTAL SURETY BAIL: 0.00 TOTAL BAIL TO BE PAID: 4,000.00

TOTAL DBL SURETY BAIL: 0.00 SEE COMMENTS

*** LIST CHARGES ***

| COMMIT DATE | CASE NUMBER | BAIL TYPE | BAIL AMOUNT | DISPOSITION |
|---|---|---|---|---|
| 10/12/2004 | 620418930 | CASH | 2,000.00 | CHARGE PENDING |
| 07/29/2004 | P2043106A | CASH | 2,000.00 | CHARGE PENDING |

Choose by cursor position LIST

Enter) Display Charge

Charge History

4) Prev / First

5) Next / Last

16) Return

^16) Main Menu

Ready

Start Infacts MENURUN ITENEMY2

Petitioner's exhibit #19.

And last but not least to avoid future double-jeopardy violations the entire State is told change your 46 g + 42 b language to

pursuant to Rule 46 g of the Superior Court Rules of Criminal Procedure

And/or to have the defendant adjudged in contempt.

see ex. 19-1 from Providence and 19-2 from Warwick,

Judge Patricia Moore and Asst AG. Steven A. Regine are in big trouble.

DATED August 19. 2005.

James J Silva.

James J. Silva. - 66350
ISC. F-207- Bottom.
PO. Box 8249
Cranston, RI.
02920

Exhibit 19-1

**STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS**
**DEPARTMENT OF ATTORNEY GENERAL**
**150 South Main Street**
**Providence, Rhode Island 02903**
**Patrick C. Lynch, Attorney General**

**46(g) Bail Violation**

July 11, 2005

**STATE OF RHODE ISLAND**

**INDICTMENT/INFORMATION**
**P2-2003-3645A--2nd Deg Sexual Asslt**

**vs.**

**CHRISTOPHER GAYLOR**[redacted]

The defendant in the above-entitled matter is considered an alleged violator of the condition(s) of his/her recognizance in that he/she failed to keep the peace and be of good behavior. The defendant was released on $10,000 w/Surety which was set on 9-7-2004.

The Attorney General now seeks to have the recognizance cancelled pursuant to Rule 46(g) of the Superior Court Rules of Criminal Procedure and/or to have the defendant adjudged in contempt of court pursuant to Rule 46(e) and Rule 42(b) of the Superior Court Rules of Criminal Procedure. A warrant has been requested in order to present the defendant to the Court.

The Attorney General specifies the following as the ground upon which action is sought to adjudge the above-named defendant a violator of his/her recognizance:

Said Defendant failed to appear for a Pre-Trial on 2-17-2005.

Special Assistant Attorney General

A copy of this statement was furnished to the defendant on the 11 day of July, 2005.

Exhibit 19-2

46G Bail Violator

**CITY OF WARWICK**

Colonel Stephen M. McCartney
Chief of Police

Scott Avedisian
Mayor

Police Department – District Court Jurisdiction
99 Veterans Memorial Drive
Warwick, Rhode Island 02886-4617
Telephone (401) 468-4200

Date: 7/18/05

City of Warwick

VS.

James Courtney [redacted]

62-2005-11556
Providence Police Dept.
Poss. Schedule I-V
Felony

The Defendant in the above entitled matter is considered an alleged violator of the conditions of his/her recognizance in that he/she failed to keep the peace and be of good behavior. The Defendant was released on $ 3,000.00 w/s which was set on June 23, 2005. The City of Warwick now seeks to have the recognizance cancelled and/or to have the defendant adjudged in comtempt of court pursuant to Rule 46G of the District Court Rules of Criminal Procedure.

The City of Warwick specifies the following as the grounds upon which action is sought to adjudge the above-named Defendant a violator of his recognizance. The defendant is before the court on a new charge:

Simple Assault; Battery

Prosecution Division
Warwick Police Department

A copy of this statement was furnished to the Defendant on the 18th day of July, 2005.