courts copy mailed 11-9-05

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

James J Silva 05-109-S
v. 04-361-S
A.T. Wall, et al.

Petitioner's Supplemental Motion To Expand The Record.

On Wednesday November 2nd 2005, This Petitioner Aquired Through Judge Netti Vogel The Tape Recordings of his bail revocation and Criminal Contempt Prosecution which Took place on Oct 7th and 12th and Nov. 9th of 2004, when Judge Patricia Moore allowed Ast. AG. Steven A. Regine To withdraw The bail violation while Petitioner's counsel was absent.

Attached please find my hand written verbatim Transcripts of The 11-9-2004 hearing.

Judge Patricia Moore (MOORE)
James J. Silva - Petitioner (DEFENDANT)
Asst AG Steven A. Regine (REGINE)

I do certify That This is a True and accurate verbatim record of That hearing.

James J Silva.

Wherefore, Petitioner moves This Honorable court grant This and any other such and further relief deemed meet and just under The extraordinary and prevailing circumstances.

NOVEMBER 8th 2005

Respectfully
Submitted,

James J Silva.

CERTIFICATION

I do hereby certify That on 11-10-05 I will mail A hand written verbatim copy of This motion and The Transcripts To Asst Attorney General, Steven A. Regine @ 150 S. Main St. Providence RI 02903.

James J Silva.

Transcript Pages 1, 2, 3, 4, 5, 6. JS.

DISTRICT OF RHODE ISLAND
U.S. DISTRICT COURT
2005 NOV 15 A 11:15
FILED

MOORE : AND IS NOT ABLE TO BE HERE, UM

DEFENDANT: I OBJECT TO THAT MOTION YOUR HONOR. NOT TO INTERUPT.

MOORE : ALL RIGHT SO DO YOU WANT TO BE HEARD FROM, THE STATE?

REGINE – YES JUDGE, IF I MAY, I SAW MR SMITH EARLIER TODAY AND I RECIEVED HIS MOTION TO SUSPEND THIS HEARING AND WITHDRAW BASED UPON THE UM COMMENTS THAT HE PLACED IN THE MOTION. HOWEVER IN THE MEANTIME UM, AND OBVIOUSLY WE WERE GOING TO BEGIN THE DEFENSE CASE AND THEY WERE GOING TO BEGIN CALLING WITNESSES. THE DEFENDANT HAS BEEN ARRAIGNED IN SUPERIOR COURT ON THIS UNDERLYING CHARGE. AND THE DEPARTMENT OF CORRECTIONS HAS ACTUALLY NOW CHANGED THE COMMITTMENT FROM HELD WITHOUT BAIL WHICH IT ORIGINALLY WAS BACK TO CASH BAIL ON THE NEW SUPERIOR COURT NUMBER AND THE STATE HAS SIMPLY AT THIS TIME MADE A DECISION TO WITHDRAW THE 46 (G) AND SIMPLY PROCEED IN SUPERIOR COURT ON THE UH, THE PENDING SUPERIOR COURT CASE AS WELL AS THE PENDING DISTRICT COURT CASE WHICH WE HAVE WHICH IS THE UH, STALKING CHARGE WHICH WE HAD UH, INITIALLY ARRAIGNED HIM ON. SO AT THIS TIME JUDGE I'VE MADE A DECISION ALTHOUGH WE HAVE PRESENTED EVIDENCE AND HAD A HEARING ON OCTOBER 12TH UM, AND CALLED A NUMBER OF WITNESSES THAT I AM GOING TO WITHDRAW THE PREVIOUSLY FILED 46 (G) I ASK TO WITHDRAW THE 3 EXHIBITS THAT I. HAVE AND I'll TURN THEM OVER TO THE DETECTIVE AT THIS TIME UM, UH, TO BE PUT BACK INTO EVIDENCE.

DEFENDANT: I --

MOORE JUST, JUST A SECOND THE EXHIBITS ARE HERE IN AN ENVELOPE AND I JUST WANT TO PUT ON THE RECORD THESE EXHIBITS HAVE BEEN IN MY DESK DRAWER SINCE THE LAST HEARING THEY HAVE NOT BEEN IN THE CLERK'S OFFICE SO THERE HASN'T BEEN A CHANCE FOR ANYONE TO UH, HAVE ANYTHING TO DO WITH THESE EXHIBITS. OK SO DO YOU WANT TO BE HEARD MR SILVA?

DEFENDANT YES YOUR HONOR, UH I'M GOING TO TAKE CONTROL OF MY OWN DEFENSE HERE. UH MR SMITH AND I HAVE HAD A DISAGREEMENT. NOW I HAVEN'T MOVED TO HAVE HIM REMOVED [redacted] THOUGH WE HAVE HAD A DISAGREEMENT AND I HAVEN'T SPOKE TO HIM SINCE THE LAST TIME HOWEVER, I'M GOING TO OBJECT TO MR REGINE MAKING A MOTION TO WITHDRAW HERE. I HAVE THE SAME PANOPLY OF RIGHTS AT A BAIL VIOLATION HEARING AS I DO AT A PROBATION VIOLATION HEARING AND JEOPARDY HAS ATTACHED HERE. MR REGINE PRESENTED WITNESSES HE PRESENTED EVIDENCE WE, WE'VE LITIGATED THEY'VE BEEN CROSS EXAMINED EXHIBITS HAVE BEEN ENTERED I'VE BEEN PLACED IN JEOPARDY. I'M ENTITLED TO A FINAL AND VALID JUDGEMENT, I'M ENTITLED TO [redacted] A [redacted] DEFENSE, I'M ENTITLED TO PRESENT WITNESSES, AND PRESENT EVIDENCE I MEAN THIS GOES TO CHASE WE'RE TALKING ABOUT COLLATERAL ESTOPPEL HERE. ALRIGHT, NOW FURTHERMORE THE LAST TIME THAT WE LEFT HERE ON THE 12TH YOU HAD ORDERED. MR REGINE AND MY ATTORNEY MARK SMITH TO SUPPLY MEMORANDUMS OF OF LAW IN SUPPORT OF WHETHER OR NOT SOMEONE WHO

HASN'T POSTED BAIL COULD BE FOUND TO BE A BAIL VIOLATOR. AND THIS IS GOING TO BE A HUGE ISSUE HERE. ITS A MATTER OF FIRST IMPRESSION AS FAR AS I CAN TELL. I'VE BEEN PLACED IN JEOPARDY. YOU'RE NOT GOING TO CIRCUMVENT THE JEOPARDY I'VE BEEN PLACED IN I'VE BEEN HELD WITHOUT BAIL ON THE VIOLATION, I'VE HAD TO APPEAR IN COURT, WITNESSES AND EVIDENCE PRESENTED, NOW ALL OF A SUDDEN HE JUST WANTS TO CIRCUMVENT A FINAL AND VALID JUDGEMENT ON THE BAIL REVOCATION HEARING BY CRIMINALLY INFORMATIONING ME AND MOVING ME INTO THE PROVIDENCE SUPERIOR COURT WHEN HE HASN'T EVEN ESTABLISHED PROBABLE CAUSE YET. THERE'S BEEN NO AFFIDAVIT AND ARREST WARRANT SIGNED BY A POLICE OFFICER HERE. I'VE GOT A RULE 5(C) PRELIMINARY HEARING MOTION IN, I'VE GOT A MOTION TO REDUCE BAIL, MOTION TO DISMISS, AND THIS CASE HERE 6204 THAT I'M HERE FOR TODAY 6204-1 WHAT IS IT? 14367 IS NOT EVEN IN THE SYSTEM ANYMORE. ALRIGHT. IT WAS REMOVED PRIOR TO US BEING HERE TODAY. WHEN THEY CRIMINALLY INFORMATIONED ME ON THE 14TH IT WAS REMOVED FROM THE SYSTEM. IT WAS A TACTIC TO PREVENT A FINAL AND VALID JUDGEMENT.

MOORE: OK, ITS. UNDERSTANDING THAT THIS GENTLEMAN HAS ACTUALLY BEEN TO SUPERIOR COURT?

REGINE: YES.

MOORE: ACTUALLY BEEN ARRAIGNED IN SUPERIOR COURT?

REGINE: HE HAS.

MOORE : THE CASE HAS A SUPERIOR COURT NUMBER ?

REGINE : THAT'S CORRECT

MOORE : AND WHAT IS THE SUPERIOR COURT NUMBER ?

DEFENDANT : P204-3106A

REGINE : 3106A AND WHEN, WHEN, MR SILVA TALKS ABOUT UM, THE UH, THE FACT THAT, THE SYSTEM, THE CASE HAS BEEN REMOVED FROM THE SYSTEM AND HE'S BEEN PREJUDICED HE ACTUALLY HASN'T BECAUSE THE DEPARTMENT OF CORRECTIONS TOOK THE P204 CRIMINAL INFORMATION WHEN HE WAS ARRAIGNED IN FRONT OF MAGISTRATE MACATEE AND CASH BAIL WAS SET AT $2000 CASH AND PLACED THAT IN LIEU OF THE 6204 AND WIPED OUT THE HOLD WITHOUT BAIL. SO THAT'S TO HIS ADVANTAGE.

DEFENDANT : YOUR HONOR. I'M ENTITLED TO A FINAL AND VALID JUDGEMENT HERE BUT NOT ONLY AM I ENTITLED TO A FINAL AND VALID JUDGEMENT I'M ENTITLED TO A DIRECT APPEAL IF I'M NOT HAPPY WITH THAT FINAL JUDGEMENT. I'VE BEEN PLACED IN JEOPARDY HERE AND YOU CAN'T ALLOW THIS TO HAPPEN. YOU HAVE CONTROL OVER THIS RIGHT NOW AND I'M WAITING FOR YOUR DECISION WHEN THIS IS OVER.

MOORE : OK, WELL I'M GONNA GIVE IT TO YOU RIGHT NOW. I THINK THAT THE AG HAS A RIGHT TO WITHDRAW THE BAIL VIOLATION. I THINK THERE'S AN ISSUE HERE THAT WHEN THE CASE ACTUALLY GOES TO SUPERIOR COURT AND THE SUPERIOR COURT TAKES THE CASE WHETHER WE EVEN HAVE ANY JURISDICTION OVER IT.

IF THE BAIL VIOLATION HEARING HAD BEEN FINISHED BEFORE THE DATE OF THE SUPERIOR COURT ARRAIGNMENT IT WOULD BE A TOTALLY DIFFERENT SET OF FACTS. BUT I THINK ONCE THE CASE GOES TO SUPERIOR COURT AND YOU ACTUALLY GO BEFORE THE SUPERIOR COURT ANYTHING THAT WE HAVE TO DO WITH IT IS GONE. SO I'M GONNA OBVIOUSLY THIS IS AN APPEALABLE ISSUE. I AM GOING TO ALLOW THE AG TO WITHRAW THE BAIL VIOLATION. NOW THIS STILL RAISES THE ISSUE ABOUT WHAT MR SMITH WANTS TO DO. WHETHER HE IS GOING TO WITHDRAW OR NOT. I DON'T KNOW WHETHER HIS ENTRY IS FOR EVERYTHING. OR JUST FOR THIS VIOLATION HEARING.

DEFENDANT: YOUR HONOR --

MOORE: IF YOU OBJECT TO HIM WITHDRAWING THEN WE'LL LEAVE THAT ISSUE FOR ANOTHER DAY.

DEFENDANT: I'M OBJECTING TO HIM WITHRAWING YOUR HONOR.

MOORE: NO, NO NOT HIM WITH DRAWING THE BAIL VIOLATION. WHETHER OR NOT YOU OBJECT TO MR SMITH WITHDRAWING AS YOUR ATTORNEY.

DEFENDANT: I'M OBJECTING TO BOTH, YOUR HONOR. YOU KNOW THAT JEOPARDY ATTACHES IN A CIVIL MATTER WHEN EVIDENCE IS ENTERED AND TESTIMONY IS TAKEN. YOU CAN'T SAY I HAVEN'T BEEN PLACED IN JEOPARDY. THE CASE LAW IS CLEAR.

MOORE: OK. WELL. YOU AND I DO NOT AGREE. I THINK THE HAS A RIGHT IN THIS SET OF CIRCUMSTANCES TO WITHDRAW A BAIL VIOLATION. I'll MAKE A NOTE IN THE FILE,

DEFENDANT OBJECTS TO MARK SMITH WITHDRAWING. SO THAT MATTER IS NOT RESOLVED.

DEFENDANT: I ALSO OBJECT TO WITHDRAWING THE VIOLATION YOUR HONOR, TOO. I WANT THAT ON THE RECORD.

MOORE: I UNDERSTAND THAT. I UNDERSTAND THAT YOU OBJECT TO IT.

DEFENDANT: I FILED A MOTION TO QUASH THE INFORMATION TOO SO WE'LL BE BACK HERE.

MOORE: DEFENDANT OBJECTS TO AG WITHDRAWING THE BAIL VIOLATION. COURT ALLOWS AG TO WITHDRAW THE BAIL VIOLATION. OK, THESE ARE THE EXHIBITS THAT GO BACK TO THE POLICE DEPARTMENT. ITS ON THE RECORD, I DO NOT HAVE THEM ANYMORE.

REGINE: THANK YOU. LET THE RECORD REFLECT THAT I AM TAKING THE EXHIBITS AND TURNING THEM OVER TO DETECTIVE GONSALVES.

MOORE: A REPRESENTATION HAS BEEN MADE THAT THERE IS NO MORE HOLD WITHOUT BAIL AS TO THIS CASE. HE IS NOW ON SUPERIOR COURT BAIL.

REGINE: THAT'S CORRECT

REGINE: THAT'S CORRECT. THANK YOU YOUR HONOR.

NOTE: Assistant AG. Steven A. Regine Thought he had covered up a blown criminal contempt Prosecution.

James J. Silva.