UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES J. SILVA,

Plaintiff,

v.

A.T. WALL, DIRECTOR OF PRISONS, PATRICK LYNCH, AS ATTORNEY GENERAL OF THE STATE OF RHODE ISLAND; and STEPHEN REGINE,

Defendants.

C.A. No. 05-109S

**ORDER**

William E. Smith, United States District Judge.

Before the Court is Plaintiff's Objection to a Report and Recommendation ("R&R") of United States Magistrate Judge Lincoln D. Almond, filed on November 29, 2005, in the above-captioned matter. This Court's review of the R&R is de novo. Fed. R. Civ. P. 72(b).

Plaintiff's Objection maintains that Judge Almond erred by preventing him from amending his complaint, misstated facts, and is involved in an "attempted cover-up." Defendants neither object to the R&R, nor respond to Plaintiff's Objection.

After review of the R&R and Plaintiff's Objection, this Court finds that Judge Almond's thorough and well-reasoned analysis is supported by the factual record and applicable law. Since Plaintiff's claims of error lack merit, his Objection to the R&R is

DENIED. This Court accepts and adopts the findings in Judge Almond's R&R, issued on November 29, 2005.

Accordingly, Defendants' Motion to Dismiss, Document No. 13, is GRANTED. Plaintiff's Amended Petition is DISMISSED in its entirety. Plaintiff's other motions, Document Nos. 4, 5, 8, 11, 14, 17, 21, and 22, are DENIED as moot. Final Judgement shall enter in favor of Defendants.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 1/26/06