AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

JAMES J. SILVA

V.

A.T. WALL, DIRECTOR OF PRISONS,
PATRICK LYNCH, AS ATTORNEY GENERAL
OF THE STATE OF RHODE ISLAND; and
STEPHEN REGINE

**JUDGMENT IN A CIVIL CASE**

Case Number: C.A. NO. 05-109S

**Jury Verdict.**

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANTS, A.T. WALL, DIRECTOR OF PRISONS, PATRICK LYNCH, AS ATTORNEY GENERAL OF THE STATE OF RHODE ISLAND; and STEPHEN REGINE, AGAINST THE PLAINTIFF, JAMES J. SILVA, PURSUANT TO THE COURT'S ORDER ENTERED ON JANUARY 26, 2006, GRANTING DEFENDANTS' MOTIONS TO DISMISS.**

January 27, 2006
Date

Clerk

ALBA-SUE MERCURIO
(By) Deputy Clerk