USDC COPY MAILED 3-17-06

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

RECEIVED
MAR 22 2006
Property of U.S. District Court
District of Rhode Island

JAMES J SILVA v. A.T. WALL et al, USDC. CA NO 04-361-S
JAMES J. SILVA v JUDGE MICHAEL HIGGINS et al. 05-109-S

IN/RE TO A CERTIFICATE OF
APPEALABILITY FILED MARCH 13, 2006.

:SUPPLEMENT AND MOTION:

YOUR HONORS,

THE STATE OF RHODE ISLAND KNEW IN 1977 THAT THEY COULD NOT COMBINE A BAIL REVOCATION AND CRIMINAL CONTEMPT HEARING BECAUSE OF DOUBLE-JEOPARDY AND DUE-PROCESS COMPLICATIONS. YET, THEY'VE GOTTEN AWAY WITH IT FOR 29 YEARS AND U.S.D.C. JUDGES WILLIAM E. SMITH AND MAGISTRATE JUDGE LINCOLN D ALMOND ARE TRYING TO COVER THIS UP. HERE IS THE PROOF.

CITING: STATE OF RI. v. STEVEN H. WILSON, 118 RI 637, 375 A2d 931 (1977) PERTAINANT PARTS;

"THAT ARGUMENT WOULD BE MORE CONVINCEING IF THE REQUIREMENTS AND CHARACTERISTICS OF A BAIL REVOCATION HEARING WERE IDENTICAL IRRESPECTIVE OF WHETHER THE ULTIMATE SANCTION IMPOSED FOR THAT VIOLATION WERE FORFIETURE OF BAIL OR A CONTEMPT ADJUDICATION. [**5]

BUT IN FACT THE NATURE OF THE HEARING DIFFERS DEPENDING UPON THE SANCTION TO BE IMPOSED. THUS, IF IT BE FOR BAIL FORFEITURE, A DEFENDANT IS NOT ENTITLED TO ALL THE DUE-PROCESS RIGHTS OF A FULL SCALE TRIAL. (MELLO v. SUPERIOR COURT, 117 RI. 578

587, 370 A2d 1363, 1266 (1977) IF ON THE OTHER HAND, A CONTEMPT ADJUDICATION IS IN THE OFFING, HE IS ENTITLED TO THOSE RIGHTS BECAUSE [THE] PROVISION OF FUNDAMENTAL DUE PROCESS PROTECTIONS FOR CONTEMNORS ACCORDS WITH OUR HISTORIC NOTIONS OF ELEMENTARY FAIRNESS. (TAYLOR V HAYES, 418 US. 488, 500 94 S. CT. 2697, 2704, 41 LEd 2d 897, 908 (1974) ACCORD: (COOLBETH V. BERBERIAN, 110 RI. 188, 195-196, 354 A2d 120, 125-136, (1976)

NOW THAT THE HONORABLE PROVIDENCE SUPERIOR COURT ASSOCIATE JUSTICE NETTI VOGEL KNOWS THAT I KNOW AND HAVE THE CASE LAW SHE IS DENYING ME ORAL ARGUMENT ON MY DOUBLE-JEOPARDY CLAIM.

: MOTION :

PETITIONER MOVES THIS HONORABLE COURT AT THIS TIME FOR AN IMMEDIATE TEMPORARY INJUNCTION, RESTRAINING ORDER, OR WRIT OF PROHIBITION, PREVENTING THE STATE OF RHODE ISLAND FROM PROSECUTING ME ON CASE #S P204-3106A AND P205-0362A.

WHEREFORE, PETITIONER MOVES THIS HONORABLE UNITED STATES COURT OF APPEALS GRANT THIS AND ANY OTHER SUCH AND FURTHER RELIEF DEEMED MEET AND JUST TO PROTECT HIS FIFTH AMENDMENT RIGHTS NOT TO BE PLACED IN JEOPARDY TWICE.

RESPECTFULLY
SUBMITTED,

DATED MARCH 16, 2006

James J Silva.

CERTIFICATION.

I DO HEREBY CERTIFY THAT ON THIS THE 17TH DAY OF MARCH 2006 I DID CAUSE TO BE MAILED A SUBSTANTIALLY VERBATIM HAND WRITTEN COPY OF THIS MOTION TO THE OFFICE OF THE ATTORNEY GENERAL AT 150 SOUTH MAIN ST. PROVIDENCE, RI 02903.

James J Silva.