OFFICE OF THE CLERK
**UNITED STATES COURT OF APPEALS**
FOR THE FIRST CIRCUIT

Richard Cushing Donovan
CLERK

1 Courthouse Way, Suite 2500
BOSTON, MA 02210
(617) 748-9057

March 20, 2006

David A. DiMarzio, Clerk
United States District Court
for the District of Rhode Island
Federal Building & U.S. Courthouse
Two Exchange Terrace
Providence, RI 02903-1779

Re: No. 04-361 and 05-109 James J. Silva v. Judge Michael Higgens et al.

Dear Mr. DiMarzio:

Enclosed herewith is a notice of appeal that was mistakenly filed in the Court of Appeals on March 16, 2006 in the above noted district court cases.

Pursuant to Fed.R.App.P. Rule 4(d), I have noted the date on which the pleadings were received and am transmitting them to you. Please use the date of **March 16, 2006**, as the date of docketing the filings in your court. If these filings were also received in your court, please do not duplicate. Thank you.

Sincerely,

By: Donna Burchard
District Court Liaison

cc: James J. Silva
#66350
FSC H-105-13
PO Box 8249
Cranston, R$I 02920

DB