Case 1:04-cv-00361-S Document 69-2 Filed 04/04/2006 Page 1 of 3

Page 1 of 3

COURT'S COPY

MAILED TO U.S.D.C. 3-30-06. JJS

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT.

2006 MAR 21 A 11: 11

JAMES J. SILVA v. A.T. WALL et al USDC. CA. NO.
JAMES J SILVA v. JUDGE MICHAEL PONTE 04-361-S
FILED IN CLERKS OFFICE US COURT OF APPEALS FOR THE FIRST CIRCUIT
IN RE TO A CERTIFICATE OF 05-109-S
APPEALABILITY FILED (MAILED)
MARCH 12TH 2006

SUPPLEMENT AND MOTION

YOUR HONORS,

THE STATE OF RHODE ISLAND KNEW IN 1977 THAT THEY COULD NOT JOIN A BAIL REVOCATION HEARING AND CRIMINAL CONTEMPT HEARING BECAUSE OF DOUBLE JEOPARDY AND DUE PROCESS COMPLICATIONS YET, THEY'VE GOTTEN AWAY WITH IT FOR 29 YEARS AND U.S.D.C. JUDGES WILLIAM E. SMITH AND MAGISTRATE JUDGE LINCOLN D. ALMOND ARE TRYING TO COVER THIS UP. HERE IS THE PROOF. CITING (STATE v. STEVEN H. WILSON, 118 R.I. 627 375 A.2d 931 (1977)) PERTAINANT PARTS;

"THAT ARGUMENT WOULD BE MORE CONVINCING IF THE REQUIREMENTS AND CHARACTERISTICS OF A BAIL REVOCATION HEARING WERE IDENTICAL IRRESPECTIVE OF WHETHER THE ULTIMATE SANCTION IMPOSED FOR THAT VIOLATION WERE FORFEITURE OF BAIL OR A CONTEMPT ADJUDICATION [**5] BUT IN FACT THE NATURE OF THE HEARING DIFFERS DEPENDING UPON THE SANCTION TO BE IMPOSED. THUS IF IT BE FOR BAIL FORFEITURE, A DEFENDANT IS NOT ENTITLED TO ALL THE DUE-PROCESS RIGHTS OF A FULL SCALE TRIAL. (MELLO v. SUPERIOR COURT, 117 R.I. 578, 582, 370 A.2d 1262, 1266 (1977)

IF ON THE OTHER HAND, A CONTEMPT ADJUDICATION IS IN THE OFFING, HE IS ENTITLED TO THOSE RIGHTS BECAUSE [THE] PROVISION OF FUNDAMENTAL DUE PROCESS PROTECTIONS FOR CONTEMNORS ACCORDS WITH OUR HISTORIC NOTIONS OF ELEMENTARY FAIRNESS. (TAYLOR, V. HAYES, 418 US. 488, 500, 94 S.CT. 2697, 2704, 41 LEd 2d 897, 908 (1974) ACCORD: (COOLBETH V. BERBERIAN, 110 RI. 188, 195-96, 354 A2d 130, 135-36 1976.

NOW THAT THE HONORABLE PROVIDENCE SUPERIOR COURT ASSOCIATE JUSTICE NETTI VOGEL KNOWS THAT I KNOW AND HAVE THE CASE LAW SHE IS DENYING ME ORAL ARGUMENT ON MY DOUBLE-JEOPARDY CLAIM.

: MOTION :

PETITIONER MOVES THIS HONORABLE COURT AT THIS TIME FOR AN IMMEDIATE TEMPORARY INJUNCTION, RESTRAINING ORDER, OR WRIT OF PROHIBITION, PREVENTING THE STATE OF RHODE ISLAND FROM PROSECUTING ME ON CASE #S P204-3166A AND P205-0362A.

WHEREFORE, PETITIONER MOVES THIS HONORABLE UNITED STATES COURT OF APPEALS FOR THIS AND ANY OTHER SUCH AND FURTHER RELIEF DEEMED MEET AND JUST TO PROTECT HIS FIFTH AMENDMENT RIGHTS NOT TO BE PLACED TWICE IN JEOPARDY FOR THE SAME OFFENSE.

RESPECTFULLY
SUBMITTED,

DATED MARCH -16, 2006.

RE-MAILED 3-30-06

James J. Suke.
James J. Suke

: CERTIFICATION :

I DO HEREBY CERTIFY THAT ON THIS THE 17TH DAY OF MARCH 2006 I DID CAUSE TO BE MAILED A SUBSTANTIALLY VERBATIM HAND WRITTEN COPY OF THIS MOTION TO THE OFFICE OF THE ATTORNEY GENERAL AT 150. SOUTH MAIN ST, PROVIDENCE, RI. 02903.

James J. Suke.
James J. Suke

DEAR CLERK. PLEASE PHOTOCOPY THIS MOTION AND RETURN TO ME. ALSO, COULD YOU PLEASE ACKNOWLEDGE RECIEPT OF MY 15 PAGE CERTIFICATE OF APPEALABILITY AND [redacted] EXHIBITS THAT WERE MAILED ON 3-12-06 TO YOUR COURT.

THANK YOU!

J.S.
J.S.