04-0036, 05-00109
Judge W. Smith
USDCRI

MANDATE

# United States Court of Appeals
## For the First Circuit

---

No. 06-1535

JAMES J. SILVA,

Petitioner, Appellant,

v.

JUDGE MICHAEL HIGGINS, ET AL.,

Respondents, Appellees.

---

No. 06-1536

JAMES J. SILVA,

Petitioner, Appellant,

v.

A.T. WALL, DIRECTOR OF PRISONS, ET AL.,

Respondents, Appellees.

---

Before

Selya, Lynch and Howard,
Circuit Judges.

---

JUDGMENT

Entered: June 1, 2006

Appellant has filed a consolidated response to our orders to show cause entered in case # 06-1536 on April 10, 2006, and in case # 06-1535 on April 20, 2006. The response fails to establish, as to either appeal, that a notice of appeal was either filed, or mailed within the prison system, in a timely manner.

The appeals are dismissed as untimely. 1st Cir. R. 27(c).

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By:______________________

Chief Deputy Clerk.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

M. Reid

Deputy Clerk

Date: 6/23/06

[cc: James Silva, Richard Woolley, Esq., Aaron Weiman, AAG, Marc Desisto, Esq., Stephen Regine, AAG]